UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

YAHAIRA GARCIA,

    Plaintiff,

v.                                          Case No: 5:18-cv-434-Oc-30PRL

HOLLOWAY CREDIT SOLUTIONS,
LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. 6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions, if any, are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of January, 2019.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record